UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>D. GARRETT, et al.,<br><br>        Defendants. | No. 2: 17-cv-2653 KJN P<br><br>ORDER |

On March 14, 2018, the undersigned referred this action to the Post-Screening ADR Project. (ECF No. 16.) The March 14, 2018 order directed the parties to return forms indicating whether they waived disqualification for the undersigned to hold the settlement conference, or whether they chose to have the settlement conference before a different judge. (Id.) Plaintiff was also directed to inform the court whether he would like to participate in the settlement conference in person or by video conference. (Id.)

On March 29, 2018, plaintiff returned the form attached to the March 14, 2018 order. (ECF No. 20.) Plaintiff indicated that he would like to participate in the settlement conference by video conference. (Id.) However, plaintiff did not indicate whether he waived disqualification for the undersigned to hold the settlement conference. (Id.)

Accordingly, on April 3, 2018, plaintiff was directed to inform the court within seven days whether he waived disqualification for the undersigned to hold the settlement conference. (ECF

1

No. 21.) Seven days passed and plaintiff did not respond to the April 3, 2018 order.  (Id.)

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days from the date of this order to inform the court whether he waives disqualification of the undersigned to hold the settlement conference; if plaintiff fails to respond to this order, the settlement conference will be assigned to a different judge.

Dated:  April 19, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mitch2653.ord