UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. GARRETT, et al.,<br><br>　　　　Defendants. | No. 2: 17-cv-2653 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action, referred to the Post Screening ADR Project, is set for a settlement conference before the undersigned on September 11, 2018.

On July 16, 2018, defendants filed a request to vacate the settlement conference.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The September 11, 2018 settlement conference before the undersigned is vacated;

2. Defendants shall file a response to plaintiff's complaint within twenty-one days of the date of this order;

3. The writ of habeas corpus ad testificandum directing the Warden of R. J. Donovan Correctional Facility to produce plaintiff, by video-conferencing, for the September 11, 2018 settlement conference is vacated;

////

1

4. The Clerk of the Court is directed to serve this order on the Warden, R. J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA, 92179.

Dated: July 18, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mitch2653.vac