UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. GARRETT, et al.,<br><br>　　　　　Defendants. | No. 2: 17-cv-2653 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to serve response to interrogatories. (ECF No. 38.) Defendants do not oppose plaintiff's motion. (ECF No. 39.) However, defendants request that if the court grants plaintiff's motion, the court grant defendants an extension of time to February 13, 2019, to file a motion compel related to plaintiff's responses to the interrogatories.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to serve responses to interrogatories is granted; plaintiff shall serve his responses on or before January 13, 2019;

////

---

[1] The discovery cut-off date is December 28, 2018.

1

2. Defendants may file a motion to compel regarding plaintiff's responses to interrogatories on or before February 13, 2019.

Dated: December 20, 2018

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mitch2653.eot